AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:22-CV-118

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* OM JANIE LLC c/o its Registered agent. JANKI PATEL, stated that she was an OFFICER of the LLC

was received by me on *(date)* 11-09-2022

☑ I personally served the summons on the individual at *(place)* 3317 Britain Dr. Valdosta GA, 31605  10:21 AM on *(date)* 11-09-2022; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: 11-09-2022

*Server's signature*

Rodney L. Gordon
*Printed name and title*
Private Investigator GA.
GA. Lic. PDE 051299

*Server's address*
4347 Bever Creek Dr.
Valdosta, GA. 31601

Additional information regarding attempted service, etc: