IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ROSHNI PATEL, | : |
| Plaintiff, | : |
| v. | : CASE NO: 7:22-CV-118 (WLS) |
| OM JANIE, LLC, d/b/a SKATE and PLAY FAMILY FUN CENTER, NIRAL PATEL, and JANKI PATEL, | : |
| Defendants. | : |

## ORDER

In an Order (Doc. 29) issued on October 17, 2023, the Court Granted the Parties' Joint Motion for Settlement. In that Order, the Parties were noticed that the above-captioned action, save for Plaintiff's claim for attorneys' fees would be dismissed with prejudice upon notice of payment of the full settlement amount. Similarly, the Court granted Plaintiff's Motion for Attorneys' Fees in an Order (Doc. 39) issued on January 12, 2024. The Parties were noticed that Plaintiff's claim for attorneys' fees would be dismissed with prejudice upon notice of payment of the full amount awarded in the Order Granting Plaintiff's Motion for Attorneys Fees. To date, neither Party has provided the Court with notice of any payment amount pursuant to the Court's Orders (Doc. 29 & 39). The Parties are, therefore, **ORDERED** to file notice of the payment in accordance with the Court's Orders (Doc. 29 & 39) within fourteen (14) days of the entry of this Order.

**SO ORDERED**, this 21st day of February 2024.

                                                                            **/s/ W. Louis Sands**
                                                                            **W. LOUIS SANDS, SR. JUDGE**
                                                                            **UNITED STATES DISTRICT COURT**