IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ROSHNI PATEL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO: 7:22-CV-118 (WLS) |
| | : | |
| OM JANIE, LLC, d/b/a SKATE and PLAY | : | |
| FAMILY FUN CENTER, | : | |
| NIRAL PATEL, and | : | |
| JANKI PATEL, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## ORDER

In an Order issued on February 21, 2024, the Court Ordered (Doc.42) the Parties to file notice of settlement payment in accordance with the Court's Orders (Docs 29 & 39). On March 5, 2024, Plaintiffs filed a Notice (Doc. 42) indicating that payment had been made in accordance with those Orders. Accordingly, Plaintiffs' entire Complaint (Doc. 1), and all claims contained within it, are **DISMISSED-WITH-PREJUDICE**.

**SO ORDERED**, this 7th day of March 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1