IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ROSHNI PATEL, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-118 (WLS) |
| | * |
| OM JANIE LLC, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 7, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 7th day of March, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk